UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **AMADOU WANE,**<br>**Plaintiff**<br><br>v<br><br>**SUNTRUST MORTGAGE INC,**<br>**JOHNSON & FREEDMAN LLC,**<br>**MORTGAGE ELECTRONIC**<br>**REGISTRATION SYSTEMS INC.**<br>**Defendants** | CIVIL ACTION<br><br>FILE NO: 8:11-CV-1169-SDM-AEP |

## MOTION TO ALLOW ELECTRONIC FILING BY PRO SE PLAINTIFF

I, Amadou Wane, declare that I am the Plaintiff representing myself in this action; that I hereby request permission to electronically file and serve my documents. I am able to comply with the requirement and rule requirements governing electronic filing.

June 30 2011                                                                 Respectfully submitted.

Amadou Wane
13046 Race Track Rd #118
Tampa, FL 33626
(813) 343-0438
amadou@amadouWane.com

## CERTIFICATE OF SERVICE

I hereby certify tht on June 30, 2011, I mailed a true and correct copy of the foregoing document by U.S. Mail to:

Patrick Mosley
Hill Ward Henderson, PA
101 E Kennedy Blvd - Ste 3700
PO Box 2231
Tampa, FL 33602
Attorney For Defendants SunTrust and
Mortgage Electronic Registration System Inc

Summer J. Hughes-Smoot
Johnson & Freedman, LLC
1587 Northeast Exwy
Atlanta, GA 30329
678/298-8817
Attorney for Defendant Johnson &
Freedman, LLC

_____
Amadou Wane, Pro Se Plaintiff