UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE,

     Plaintiff,

v.                                                                    CASE NO: 8:11-cv-1169-T-23AEP

SUNTRUST MORTGAGE INC, et al.,

     Defendants.

_____/

## ORDER TO SHOW CAUSE

Although more than seventeen days has passed, the pro se plaintiff fails to respond to the defendants' motions (Docs. 8, 9) to dismiss.  Accordingly, the plaintiff is ordered to show cause in writing no later than **July 21, 2011**, why the motions should not be granted.  Failure to comply with this order will result in dismissal without further notice.

ORDERED in Tampa, Florida, on July 14, 2011.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE