FILED

2011 JUL 18 PM 4: 33

DISTRICT COURT
FLORIDA

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

| | |
|---|---|
| **AMADOU WANE,**<br>**Plaintiff**<br><br>v<br><br>**SUNTRUST MORTGAGE INC,**<br>**JOHNSON & FREEDMAN LLC,**<br>**MORTGAGE ELECTRONIC**<br>**REGISTRATION SYSTEMS INC.**<br>**Defendants** | **CIVIL ACTION**<br><br>**FILE NO: 8:11-CV-1169-SDM-AEP** |

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Comes now the Plaintiff, AMADOU WANE and for his motion for extension of time to file response to Defendants' SunTrust Mortgage and Mortgage Electronic Registration Systems Inc., motion to dismiss and states:

1. Plaintiff is representing himself in this proceeding.

2. Plaintiff does not automatically receive electronic notifications as a pro se.

3. Plaintiff has not received via mail Defendants SunTrust Mortgage and Mortgage Electronic Registration Systems Inc. motion to dismiss that was electronically filed on June 23, 2011.

4. Plaintiff discovered the existence of the motion to dismiss when the clerk sent an order to show cause.

WHEREFORE, Plaintiff requests the Court to grant an extra 20 days to file his response to Defendants motion to dismiss.

July 18 2011                                             Respectfully submitted.

*[signature]*

Amadou Wane
13046 Race Track Rd #118
Tampa, FL 33626
(813) 343-0438
amadou@amadouWane.com

## CERTIFICATE OF SERVICE

I hereby certify tht on July 18, 2011, I mailed a true and correct copy of the foregoing document by U.S. Mail to:

| | |
|---|---|
| Patrick Mosley | Summer J. Hughes-Smoot |
| Hill Ward Henderson, PA | Johnson & Freedman, LLC |
| 101 E Kennedy Blvd - Ste 3700 | 1587 Northeast Exwy |
| PO Box 2231 | Atlanta, GA 30329 |
| Tampa, FL 33602 | 678/298-8817 |
| Attorney For Defendants SunTrust and Mortgage Electronic Registration System Inc | Attorney for Defendant Johnson & Freedman, LLC |

*[signature]*
Amadou Wane, Pro Se Plaintiff