FILED

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

11 JUL 19 AM 11: 22

CLERK U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA. FLORIDA

**AMADOU WANE,**
**Plaintiff**

v

**SUNTRUST MORTGAGE INC,**
**JOHNSON & FREEDMAN LLC,**
**MORTGAGE ELECTRONIC**
**REGISTRATION SYSTEMS INC.**
**Defendants**

**CIVIL ACTION**

**FILE NO: 8:11-CV-1169-SDM-AEP**

## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Comes now the Plaintiff, AMADOU WANE and for his motion for extension of time to file response to Defendant' Johnson & Freedman LLC, motion to dismiss and states:

1. Plaintiff is representing himself in this proceeding.

2. Plaintiff does not automatically receive electronic notifications as a pro se.

3. Plaintiff has not received via mail Defendant Johnson & Freedman LLC's motion to dismiss that was electronically filed on June 21, 2011.

4. Plaintiff discovered the existence of the motion to dismiss when the clerk sent an order to show cause (Doc 16).

WHEREFORE, Plaintiff requests the Court to grant an extra 20 days to file his response to Defendant motion to dismiss.

July 19 2011                                        Respectfully submitted.

Amadou Wane
13046 Race Track Rd #118
Tampa, FL 33626
(813) 343-0438
amadou@amadouWane.com


## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2011, I mailed a true and correct copy of the foregoing document by U.S. Mail to:


Patrick Mosley                             Summer J. Hughes-Smoot
Hill Ward Henderson, PA                    Johnson & Freedman, LLC
101 E Kennedy Blvd - Ste 3700              1587 Northeast Exwy
PO Box 2231                                Atlanta, GA 30329
Tampa, FL 33602                            678/298-8817
Attorney For Defendants SunTrust and       Attorney for Defendant Johnson &
Mortgage Electronic Registration System Inc   Freedman, LLC


Amadou Wane, Pro Se Plaintiff