UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

AMADOU WANE,

    Plaintiff,

v.                                              CASE NO: 8:11-cv-1169-T-23AEP

SUNTRUST MORTGAGE INC, et al.,

    Defendants.
_____/

**ORDER**

In response to a July 14, 2011, order to show cause why the defendants' motions (Docs. 8, 9) should not be granted, the pro se plaintiff requests an extension of time to respond. The motions (Docs. 17, 18) are **GRANTED**, and the plaintiff may respond to the motions no later than **August 8, 2011**. However, no further motion will be granted absent compliance with Local Rule 3.01(g),[1] and a failure to timely respond will result in dismissal without further notice.

ORDERED in Tampa, Florida, on July 20, 2011.

                                                    STEVEN D. MERRYDAY
                                                  UNITED STATES DISTRICT JUDGE

---

[1] A copy of the Local Rules is available at http://www.flmd.uscourts.gov.